# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1702

_____

Pecolia Diggs,

            Appellant,

v.

Osceola, City of,

            Appellee.

\*  
\*  
\*  
\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Arkansas.
\*  
\*   [UNPUBLISHED]
\*  

_____

Submitted: March 7, 2008
Filed: March 26, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Pecolia Diggs, an African American formerly employed by the City of Osceola police department, appeals the district court's[1] adverse grant of summary judgment in her Title VII action against the City, alleging racially motivated disparate treatment and retaliatory termination. Having carefully reviewed the record and considered Diggs's arguments, we find no basis for reversal. See Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review). We also conclude there is no merit in Diggs's argument that the district court improperly coerced her into

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

amending her complaint to substitute the City for the police department as defendant, because the police department was not amenable to suit.  <u>See</u> <u>Ketchum v. City of West Memphis</u>, 974 F.2d 81, 82 (8th Cir. 1992) (police department was simply subdivision of city government and not juridical entity suable as such).

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____